JEFFREY A TOPOR (SBN 195545)
Jeff.Topor@wbd-us.com
NATHAN A. SEARLES (SBN 234315)
Nathan.Searles@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Defendant
Portfolio Recovery Associates, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL HERRERO,<br><br>    Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES,<br>LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | CASE NO.: 3:14-cv-05175-TLT<br><br>[PROPOSED] **ORDER GRANTING LIMITED STIPULATION OF DISMISSAL - FOURTH CAUSE OF ACTION (TCPA) ONLY**<br><br>The Honorable Trina L. Thompson |

//

      The Court having reviewed the limited stipulation of dismissal of the fourth cause of action (TCPA) only, jointly submitted by defendant Portfolio Recovery Associates, LLC and plaintiff Carl Herrero, and good cause appearing,

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the fourth cause of action (TCPA), in this matter, is dismissed with prejudice.

      IT IS SO ORDERED.

DATED: June 18, 2024

_____
Honorable Trina L. Thompson